HONORABLE JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMENTALY BUSINESS INC., a Panama Company<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SINORICHES GLOBAL LTD., a dissolved BVI company; and SINORICHES ENTERPRISES CO., LIMITED, a Hong Kong company<br><br>　　　　　　　Defendants. | AT LAW AND IN ADMIRALTY<br><br>No. C12-464RSL<br><br>ORDER PERMITTING DEPOSIT OF FUNDS WITH COURT AND RELEASING ATTACHMENT AND ARREST |

WHEREAS this Court has issued process of maritime attachment and garnishment and a warrant of arrest against certain fuel oil on board the vessel DEEP SEAS now in this District in the amount claimed in the Amended Verified Complaint; and

WHEREAS the defendant, Sinoriches Enterprises Co., Limited ("Defendant"), without prejudice to its position regarding said arrest or attachment or claims and allegations in the Complaint, seeks to provide security as demanded by plaintiff, Emmentaly Business Inc. ("Plaintiff"), to obtain immediate release of the fuel oil from arrest and attachment permitting the vessel to sail; and

ORDER PERMITTING DEPOSIT OF FUNDS AND
RELEASING ATTACHMENT AND ARREST

Page 1

WHEREAS the undersigned attorney James F. Whitehead has been authorized by Sinoriches Enterprises Co., Limited, to deposit with the Court funds in the amount of $650,000.00 as security for Plaintiff's claims, which amount is acceptable to Plaintiff at the time of entry of this order;

WHEREAS the Plaintiff and Defendant have agreed to an immediate release of the fuel oil from arrest and attachment allowing the vessel to sail on deposit with the Court of the aforesaid funds, without waiver by either party of any claims and defenses concerning the merits of the underlying claims or issues regarding the amount of security;

IT IS HEREBY ORDERED:

1. Defendant will be permitted and required to deposit forthwith a cashier's check, or other form of payment agreeable to Plaintiff, with the Court, in the amount of $650,000.00, pursuant to the terms of FRCP 67(a). Such security shall remain with the Court, and cannot be removed by either party, without a Court order and or judgment.

2. After the security has been accepted by the Court, the fuel oil will be released from attachment and arrest, and the U.S. Marshal's office is hereby directed to take all action necessary to allow the vessel to clear customs and sail forthwith.

3. The foregoing is without prejudice to any claims or defenses of the parties, including the plaintiff's right to obtain a judgment for more than the secured amount, and the right of the defendant to challenge the arrest and attachment and is without prejudice to either party as to the remaining issues in this case.

1  DATED this 30th day of March, 2012.

2

3                                        _MWS Lasnik_
                                         Robert S. Lasnik
4                                        United States District Judge

5

6

7       We consent to the entry of the foregoing order:

8

9                          HARRIS MOURE PLLC
                           Attorneys for Plaintiff,
10                         Emmentaly Business Inc.

11

12
                            By:/sCharles Moure
13                              Charles P. Moure, WSBA No. 23701
                                600 Stewart Avenue
14                              Suite 1200
                                Seattle, WA 98101
15                              Telephone: (206) 224-5657
                                Facsimile: (206)224-5659
16                              Email: charles@harrismoure.com

17

18
                           Law Office of James F. Whitehead
19                         Attorney for Defendant,
                           Sinoriches Enterprises Co., Limited
20

21

22
                            By:  /s JamesWhitehead
23                              James F. Whitehead, WSBA No. 6319
                                2003 Western Avenue, Suite 330
24                              Seattle, WA 98121
                                Telephone: (206) 448-0100
25                              Facsimile: (206) 448-2252
26                              Email: jim@jfw-law.com

27

28

ORDER PERMITTING DEPOSIT OF FUNDS AND
RELEASING ATTACHMENT AND ARREST

Page 3